1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Vanna Chan

7
8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 | VANNA CHAN, | ) Case No.: 2:13-cv-06414-AGR
12 |             | ) ORDER OF DISMISSAL
   | Plaintiff,  | )
13 |             | )
   | vs.         | )
14 | CAROLYN W. COLVIN, Acting | )
   | Commissioner of Social Security, | )
15 |             | )
   |             | )
16 | Defendant.  | )
17 |_____| )

18
19     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21

22 DATE:   May 8, 2014

23                           *alicia G. Rosenberg*

24                           _____
                             THE HONORABLE ALICIA G. ROSENBERG
25                           UNITED STATES MAGISTRATE JUDGE

26

-1-